■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO CRUZ, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marano, J.), imposed May 22, 1985.

Justice Brown has been substituted for former Justice Lazer (see, 22 NYCRR 670.2 [c]).

Ordered that the sentence is affirmed. No opinion. Mollen, P. J., Bracken, Brown and Niehoff, JJ., concur.